# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


October 12, 2026

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

No. 26-10553 Biggers v. Massingill
USDC No. 4:23-CV-359

Dear Mr. Norred,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

The record citations in the Table of Contents are not in proper format. A numbered Table of Contents, with citation to the record beginning with the lower court docket sheet is required, see 5th Cir. R. 30.1.7(a).

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

Renee McDonough

By: _________________________
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:

Mr. David Ryan Herring Iglesias
Mr. Quinn Roberts
Mr. Zachary Smith
Mr. Arron Parker Swink